IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD P. FIGASKI and STEPHEN P. )
DANOWSKI, )
                                                    )
                                                    )  1:03cv352
               Plaintiffs, )
      v. )
                                                      )
WILLIAM A. STORTEN, et al., )
                                                     )
               Defendants. )

**O R D E R**

    AND NOW, this 14th day of July, 2005, upon consideration of the Plaintiffs' motion to award attorney's fees and costs [Doc. No. 72] and Defendants' response thereto,

    IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and Plaintiffs' counsel is awarded attorney's fees in the amount of $82,990 and costs in the amount of $17,871.49, under 42 U.S.C. § 1988, against Defendants William Storten and Millcreek Township.

    The award of attorney's fees and costs is without prejudice and/or a waiver of the Defendants' rights to appeal any judgment entered in favor of the Plaintiffs or the Plaintiffs' entitlement to any relief, including the award of counsel fees and costs.

                                                               s/   Sean J. McLaughlin
                                                                    United States District Judge

cm: All counsel of record.