## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD P. FIGASKI and STEPHEN P. DANOWSKI, | ) )<br>) C.A. No. 03-352E |
| Plaintiffs, | ) ) |
| v. | ) Judge Sean McLaughlin<br>) |
| WILLIAM A. STORTEN, SUZANNE R. WEBER, JOSEPH S. KUJAWA, BRIAN P. MCGRATH and MILLCREEK TOWNSHIP, | ) )<br>) JURY TRIAL DEMANDED<br>) )<br>) ) |
| Defendants | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the parties' Motion to Vacate Judgment, it is hereby ORDERED that judgment entered in this case by Order of May 17, 2005 is satisfied and vacated.

BY THE COURT

_____