IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


RICHARD P. FIGASKI and          )
STEPHEN P. DANOWSKI,            )
          Plaintiffs      )
                          )
     v.                   )  CIVIL ACTION NO. 03-352 ERIE
                          )
WILLIAM A. STORTEN, et al.,    )
          Defendants      )



SETTLEMENT_CONFERENCE
_____ _____



Proceedings held before the HONORABLE

SEAN J. McLAUGHLIN, U.S. District Judge,

in Judge's Chambers, U.S. Courthouse, Erie,

Pennsylvania, on Thursday, September 15, 2005.



APPEARANCES:
_____
          CRAIG A. MARKHAM, Esquire, appearing on behalf
          of the Plaintiffs.

G. JAY HABAS, Esquire, appearing on behalf of
the Defendants.

Ronald J. Bench, RMR - Official Court Reporter

2

1           P R O C E E D I N G S
            – – – – – – – – – –

2

3           (Whereupon, the following on the record proceedings

4   began at 4:38 p.m., on Thursday, September 15, 2005, in Judge's

5   Chambers.)

6

7           THE COURT:  The parties have informed me that after

8   a settlement conference, they've been able to resolve this

9   case.  Specifically, the plaintiffs have agreed to execute an

10  appropriate release in exchange for, number one, the lump sum

11  payment of $450,000, to be divvied up between the plaintiffs

12  as they see fit.  And, secondly, the payment of Attorney

13  Markham's fees and costs in the amount of $100,000.

14          And at some point I would anticipate the filing of

15  the appropriate discontinuance by the plaintiff.  And it's my

16  understanding that at some point I should anticipate seeing

17  from Mr. Habas an appropriate motion to clear the judgment that

18  has previously been entered against defendants Storten and the

19  Township, is that right?

20          MR. HABAS:  Yes.

21          THE COURT:  Does that accurately reflect the

22  settlement as you understand it, Mr. Markham?

23          MR. MARKHAM:  It does, your Honor.

24          (Discussion held off the record.)

25          THE COURT:  Then Mr. Markham is in agreement, and


                                  3


1  your clients are as well, is that right?

2          MR. HABAS:  Yes, judge.

3          THE COURT:  The case is over, thank you very much.

4

5          (Whereupon, at 4:40 p.m., the proceedings were

6  concluded.)

7

8

9              - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    C E R T I F I C A T E

                     _ _ _ _ _ _ _ _ _ _

2

3

4

5          I, Ronald J. Bench, certify that the foregoing is a

6   correct transcript from the record of proceedings in the

7   above-entitled matter.

8

9

10

11   _____

12   Ronald J. Bench

13

14

15

16

17

18

19

20

21

22

23

24

25